UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSHUA PAUL GALLOWAY | CASE NO. 6:25-CV-00003 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| WARDEN BENOIT | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 15th day of May, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE